**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:   In the Interest of V. L. B. v. Department of Family and Protective Services

Appellate case number:   01-14-00201-CV

Trial court case number:  2012-46873

Trial court:   247th District Court of Harris County

On March 11, 2014, the Clerk of this Court notified the district court clerk that the clerk's record in this appeal has not been timely filed and requested that the record be filed by March 21, 2014. The district court clerk failed to respond to our notice and the clerk's record has not been filed.

Accordingly, the district court clerk is ORDERED to file the clerk's record within 7 days of the date of this order. *See* TEX. R. APP. P. 35.3(c) ("The appellate court may enter any order necessary to ensure the timely filing of the appellate record.").

It is so ORDERED.

Judge's signature: /s/ Jane Bland
   ☒ Acting individually   ☐ Acting for the Court

Date:  May 12, 2014